**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Brady and Lucy Brady, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>United States of America, et al.,<br><br>　　　　　Defendants. | No. CIV 05-0918-PHX-DKD<br><br>**ORDER** |

On the Parties' Motion for modification of the remaining litigation deadlines set by the Case Management Order entered August 8, 2005,

Good cause appearing for granting the requested modifications,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Parties' Motion is granted.

2. The remaining litigation deadlines set by the Case Management Order entered August 8, 2005, are hereby modified as follows:

   (a) deadline for joining parties and amending pleadings is 90 days from the Case Management Order, by November 6, 2005;

   (b) deadline for completing fact discovery shall be June 1, 2006;

   (c) all depositions shall be scheduled to commence at least five days prior to the discovery deadline, by May 25, 2006;

   (d) written discovery shall be served at least 45 days before the discovery deadline, by April 17, 2006; Plaintiff's disclosure of experts December 1, 2005;

   (e) Defendants' disclosure of experts January 1, 2006;

(f) Rebuttal expert disclosure by February 1, 2006;

(g) expert depositions shall be completed no later than June 1, 2006;

(h) dispositive motions shall be filed by July 1, 2006;

(i) deadline for engaging in good faith settlement talks March 1, 2006, and the joint report on settlement talks due five working days following, March 8, 2006; and

(j) deadline for notice of readiness for pretrial conference ten days following the dispositive motion deadline, July 11, 2006.

3. In all other respects, the Case Management Order shall remain unmodified.

DATED this 3rd day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge