**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Brady and Lucy Brady, husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>United States of America, et al.,<br><br>        Defendants. | No. CIV 05-0918-PHX-DKD<br><br>**ORDER** |

On the Plaintiffs' Unopposed Motion (Doc. #26) for modification of the remaining litigation deadlines set by the Case Management Order entered November 3, 2005,

Good cause appearing for granting the requested modifications,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Plaintiffs' Motion is granted.

2. The remaining litigation deadlines set by the Case Management Order entered November 3, 2005, are hereby modified as follows:

    (a)    deadline for completing fact discovery shall be June 30, 2006;

    (b)    all depositions shall be scheduled to commence at least five days prior to the discovery deadline, by June 23, 2006;

    (c)    written discovery shall be served at least 45 days before the discovery deadline, by May 16, 2006; Plaintiff's disclosure of experts March 1, 2006;

    (d)    Defendants' disclosure of experts April 1, 2006;

    (e)    rebuttal expert disclosure by May 1, 2006;

    (f)    expert depositions shall be completed no later than June 30, 2006;

(g)     dispositive motions shall be filed by August 1, 2006;

(h)     deadline for engaging in good faith settlement talks June 30, 2006, and the joint report on settlement talks due five working days following, July 10, 2006; and

(i)      deadline for notice of readiness for pretrial conference ten days following the dispositive motion deadline, August 15, 2006.

3. In all other respects, the Case Management Order shall remain unmodified.

DATED this 27th day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge